**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JANETTE MOORE, *aka Janette Pierre-Louis*,

                                    Plaintiff,

-against-

                                    20 Civ. 916 (GBD)

UNITED STATES OF AMERICA/US CONGRESS,

                                    Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 6 2020
CIVIL JUDGMENT

Pursuant to the order issued February 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed as frivolous.

This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated: New York, New York
        February 6, 2020

                                                                        SO ORDERED.

                                                                        GEORGE B. DANIELS
                                                                        United States District Judge